# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTUR MEREACRE,<br><br>        Petitioner,<br><br>   v.<br><br>WILLIAM P. BARR, et al.,<br><br>        Respondents. | Case No. 20-cv-08288-WHO<br><br>**ORDER OF DISMISSAL** |

Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago. Accordingly, the action is DISMISSED (without prejudice) because petitioner failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action.

The Clerk shall enter judgment in favor of respondents and close the file.

**IT IS SO ORDERED.**

**Dated:** April 14, 2021



WILLIAM H. ORRICK
United States District Judge